UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-CV-62355-COHN/WHITE

JEAN NERIUS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DISMISSING COMPLAINT

**THIS CAUSE** is before the Court on Magistrate Judge White's Report Re: Dismissal for Failure to Obtain Authorization Pursuant to 28 U.S.C. § 2244(b)(3) [DE 4] ("Report").  The Court has reviewed the Report and is otherwise advised in the premises.[1]

On December 2, 2010, Movant Jean Nerius, proceeding pro se, filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255.  Movant, however, had already filed a motion to vacate his sentence pursuant to 28 U.S.C. § 2255.  See Nerius v. United States, Case No. 07-CV-80456-COHN/WHITE.  The Court dismissed that motion as time barred on October 2, 2007.  See id. DE 13.  Because Movant has already filed a motion to vacate sentence, he must seek leave from the Eleventh Circuit Court of Appeals for authorization to file a successive motion to vacate his sentence.  See 28 U.S.C. § 2244.  Movant, however, has not sought leave from the Eleventh Circuit.  Accordingly, it is

---

    [1] Jean Nerius has not filed objections to the Report and the time for filing objections has passed.

**ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge White's Report Re: Dismissal for Failure to Obtain Authorization Pursuant to 28 U.S.C. § 2244(b)(3) [DE 4] is **ADOPTED**;

2. Plaintiff's Complaint [DE 3] is **DISMISSED**.

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of January, 2011.

_____
JAMES I. COHN
United States District Judge